THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MORRIS W. DENNIS, Appellant. (Appeal No. 1.) [775 NYS2d 701]— Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered September 3, 2002. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that said appeal from the judgment insofar as it imposes sentence be and the same hereby is unanimously dismissed as moot and the judgment is affirmed.

Same memorandum as in *People v Dennis* (6 AD3d 1211 [2004]). Present—Green, J.P., Pine, Kehoe, Gorski and Hayes, JJ.